**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 556 EAL 2016
                                                  :
               Respondent       :
                                                  :   Petition for Allowance of Appeal from
                                                  :   the Order of the Superior Court
               v.                     :
                                                  :
                                                  :
LEWIS BROOKS,                     :
                                                :
               Petitioner         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.